DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRIAM L. LEON,**
Appellant,

v.

**RICHARD GAYLE,**
Appellee.

No. 4D2025-0051

[December 18, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo, III, Judge; L.T. Case No. 562024CC001684A.

Robert G. Rydzewski of Treasure Coast Legal, Stuart, for appellant.

Samantha S. Parchment of Parchment Law, P.A., Port St. Lucie, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***